# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA
(Honorable Janis L. Sammartino)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>KONRAD PIEKOS,<br><br>                Defendant, | Case NO. 21 CR 1303-JLS<br><br>ORDER CONTINUING MOTION HEARING/TRIAL SETTING |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the Motion Hearing/Trial Setting date hearing currently set for May 13, 2022 at 1:30 p.m. be continued until June 24, 2022 at 1:30 p.m. For the reasons set forth in the joint motion, time is excluded under the Speedy Trial Act.

    IT IS SO ORDERED.

Dated: May 10, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge