# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (Honorable Janis L. Sammartino)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>KONRAD JACOB PIEKOS,<br><br>　　　　　　Defendant, | Case NO. 21 CR 1303-JLS<br><br>ORDER CONTINUING<br>MOTION HEARING |

　　　Pursuant to joint motion and good cause appearing, **IT IS HEREBY ORDERED** that the Motion Hearing/Trial Setting hearing currently set for June 24, 2022 at 1:30 p.m. be continued until August 12, 2022 at 1:30 p.m. For the reasons set forth in the joint motion, time is excluded under the Speedy Trial Act.

　　　IT IS SO ORDERED.

Dated:  June 21, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge