# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (Honorable Janis L. Sammartino)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>v.<br>KONRAD JACOB PIEKOS<br><br>                Defendant, | Case NO. 21 CR 1303-JLS<br><br>ORDER CONTINUING MOTION HEARING/TRIAL SETTING |

Pursuant to joint motion and good cause appearing, **IT IS HEREBY ORDERED** that the Motion Hearing/Trial Setting date hearing currently set for August 12, 2022 at 1:30 p.m. shall be continued until October 7, 2022 at 1:30 p.m. For the reasons set forth in the joint motion, time is excluded under the Speedy Trial Act, in the interests of justice.

    IT IS SO ORDERED.

Dated: July 27, 2022

                                            Hon. Janis L. Sammartino<br>
                                            United States District Judge